No. 01–8857.  GROOMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8863.  PACHECO *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8866.  KING *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 01–8867.  MANUEL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–8869.  ABRAHAM *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–8870.  BARTELHO *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–8871.  SHIVERS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 01–8872.  MOBLEY *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8873.  ORTIZ ALVEAR *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–8878.  BELL *v.* OHIO ADULT PAROLE AUTHORITY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 01–8879.  OCHOA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 01–8881.  STAFFORD *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–8883.  ROBINSON *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–8884.  RODRIGUEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–8885.  SALAS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–8886.  BLACKWELL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.